UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

Southern DIVISION

MICHAEL AMMONS

(Enter the full name of the Plaintiff[s] in this action)

vs.

Sioux Falls Police Department & Burlington Stores Inc. DBA. Burlington Store

(Enter the full name of **ALL** Defendant[s] in this action. Fed. R. Civ. P. 10(a) requires that the caption of the complaint include the names of all the parties. Merely listing one party and "et al." is insufficient. Please attach additional sheets if necessary.)

Case No. 4:25-civ-4236
(To be assigned by Clerk of District Court)

COMPLAINT

I. State the grounds for filing this case in Federal Court (include federal statutes and/or U.S. Constitution provisions, if you know them. Fed .R .Civ. P. 8(a)(1) requires a short and plain statement of the grounds for the court's jurisdiction.):

1. Deprivation of, interference with and punishment for exercising rights and privileges. (42 U.S.C.§ 2000a-1)
2. Denial of equal access to public Accomodation and services base on race & color. (42 USC§ 2000a)
3. Malicious prosecution subject to no probable cause for arrest and deprivation of rights to Liberty. (42 U.S.C. §1983)
4. Cruel, inhumane, degrading treatment and punishment result into Assault and Battery (42 USC§ 2000dd)

II. Plaintiff, Michael Ammons resides at

101 N Indiana Ave
(street address)

Sioux Falls, Minnehaha,
(city) (county)

South Dakota, 57103, 605-467-4472
(state) (zip) (telephone number)

(If more than one plaintiff, provide the same information for each plaintiff below)

III. Defendant, Sioux Falls Police Dept resides at, or its business is located at

320 W 9th St
(street address)

Sioux Falls, Minnehaha,
(city) (county)

South Dakota, 57104,
(state) (zip) (telephone number)

(If more than one defendant, provide the same information for each defendant below)

Burlington Stores Inc. DBA Burlington Store
in Sioux Falls.

701 S. Highline Pl.
Sioux Falls, SD 57110

With Corporate office at

1830 Route 130
North Burlington NJ 08016

IV. Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. You must state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):

On January 10, 2025 between the hours of 5:00pm to 8:00pm, I went shopping while on highline place in Sioux Falls, South Dakota. I saw that Burlington Coat Factory (Burlington Stores Inc.) was open and was the closest store nearby that I could buy the items I needed. After Entering the store, I begin to search for the items, while searching I felt sharp pain in my urine bladder so I decided to use the restroom. After urinating, I decided to step out the restroom to continue my shopping activity and then pay for the items thereafter. Moment I stepped out the restroom, I was confronted by several police officers from the Sioux Falls police department. Trying to ask for the reason of the confrontation, I got forcefully knocked down to the ground by the officers and was then placed in handcuff and told I was under arrest, stopping me from continuing my shopping activities. I have deem such action of the police officers to be malicious for failing to state a reasonable ground for my arrest and depriving me of my right to liberty pursuant to 42 USC § 1983 and for interfering with my right to equal access →

V. Relief (State briefly and exactly what you want the Court to do for you.)

See the Next Extra Sheets.

of Services and accomodation Provided by the Public Protected by 42 USC § 2000a-2 respectively, I was taken from the store by demands of the Management of Burlington Coat Factory (Burlington Stores Inc.) base on my race & my color at 701 N. Highline Place Sioux Falls, SD. This decision by the store Management did also infringed upon and violated my rights Secured by 42 USC § 2000a-1. As a result of that my right to equal access of services and accomodation was also denied by Burlington Coat Factory (Burlington Stores Inc.) Pursuant to 42 USC § 2000a. After being taken out the store by demands of the store management and by help of the Sioux Falls City Police Department, I was placed in the Police vehicle. While sitting in the vehicle, I was brutally structed with blow to the neck by one of the arresting officers employed by the Sioux Falls Police Department. As a result of this I have began to suffer from Pain and Infliction in my neck along with severe mental and emotional distress through out since the day of the incident. I have deemed the actions of the Police officers employed by the City Police Department as unprofessional, Cruel, Inhumane, degrading and Malicious for imposing such treatment and Punishment on me Pursuant to 42 USC § 2000dd.

I have been imprisoned as a result of this incident and have served a reasonable amount of time in the County Jail resulting in a loss of an opportunity to Secure a Job that was offered to me by the United States Postal Service. I am Currenty on Medications for Pain and Infliction and the emotional distress I have suffered as a result of the violent and unprofessional behavior of the Police officer employed by the Sioux Falls Police Department.

[Relief]

I am Seeking relief in a form of Compensatory, Punitive and Consequential Damages against both Parties and Defendents Burlington Coat Factory (Burlington stores Inc.) and Sioux Falls Police Department.

Against Burlington Coat Factory (Burlington Stores Inc.) I am Seeking relief in a form of compensatory for the Denial of equal access to services & accomodation open to the Public in the amount of $300,000 and Punitive Damages in the amount of $300,000 for violating my right Protected by 42 USC § 2000a. As a result of the Denial of my right I have suffered Personally from being unable to Continue my shopping activities and unable to acquire the necessary Items I needed to buy to Protect my body from the cold in furtherance. As a result of that I began to suffer from the Cold outside for several weeks while also being homeless. I am Seeking relief in a form of Consequential Damages in the amount of $300,000 for the result of such Consequences.

Against the City of Sioux Falls (Sioux Falls Police Department). I am Seeking relief in a form of Compensatory, Punitive and Consequential Damages.

I am seeking relief in a firm of Compensatory Damages for causing Pain & infliction in my neck and severe Emotional Distress in the amount of $500,000.

I'm also seeking relief in the amount of $300,000 in Punitive damages for the violation of my Constitutional rights Protected by 42 USC § 2000a-2.

I'm seeking relief in a form of Consequential Damages in the amount of $500,000 against the City of Sioux Falls Police Department for the loss of time to the enjoyment of life and a loss of opportunity to secure employment while incacerated in the County Jail of Minnehaha County, resulting in Severe Economic losses.

I will like the court to Consider this Claim as a Cross-claim against both parties from Matters already In Court (CRI-25-252).

I will also like the court to Consider this Claim as an order for a Motion of Summary Judgement.

VI. **MONEY DAMAGES:**

**A)** Do you claim either actual or punitive monetary damages for the acts alleged in this complaint?

**YES** [X] **NO** [ ]

**B)** If your answer to "A" is YES, state below the amount claimed and the reason[s] you believe you are entitled to recover such monetary damages:

See the extra sheets

In front ↑

VII. Do you maintain that the wrongs alleged in the complaint are continuing to occur at the present time?

**YES** [X] **NO** [ ]

VIII. Are you requesting a Jury Trial?

**YES** [X] **NO** [ ]

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 2 day of December, 2025

[signature]

Signature of Plaintiff[s]

JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS** MICHAEL AMMONS

**DEFENDANTS** Burlington Stores Inc. DBA. Burlington Store & SIOUX FALLS POLICE DEPARTMENT

**(b)** County of Residence of First Listed Plaintiff Minnehaha
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant Minnehaha
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Pro se

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- [X] 2 U.S. Government Defendant
- [X] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | [X] 5 |
| Citizen or Subject of a Foreign Country | [X] 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- [X] 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- [X] 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**PRISONER PETITIONS**

Habeas Corpus:
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty

Other:
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**INTELLECTUAL PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent - Abbreviated New Drug Application
- ☐ 840 Trademark
- ☐ 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit (15 USC 1681 or 1692)
- ☐ 485 Telephone Consumer Protection Act
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*: 42 U.S.C. § 2000a(1), § 2000a, § 1983, § 2000dd

Brief description of cause: Civil rights violations & Torts. 42. U.S.C § 2000a, § 1983, § 2000dd, § 2000a(1)

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ 1,300,000

CHECK YES only if demanded in complaint: **JURY DEMAND:** ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):* JUDGE Sabers DOCKET NUMBER CR125-252

DATE December 2, 2025 SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # ______ AMOUNT ______ APPLYING IFP ______ JUDGE ______ MAG. JUDGE ______

Michael Ammons
#2513126
305 W. 4th St.
Sioux Falls, SD 57104

UN

OFFICIAL BUSINESS

quadient
FIRST-CLASS MAIL
IMI
$002.44 [0]
11/24/2025 ZIP 57104
043M30251202
US POSTAGE

United States District Court
District of South Dakota
office of the clerk
400 S Phillips Ave RM 128
Sioux Falls SD 57104

LoH #849 12/01/25

12/02/2025

X

X-RAYED BY
SOUTH DAKOTA
CSO